IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. |
| Plaintiff, | : | |
| | | 3:25 cr .041 |
| vs. | : | INDICTMENT |
| **DANNY DALE GORDON,** | : | 18 U.S.C. § 1343 |
| Defendant. | : | MICHAEL J. NEWMAN |

**THE GRAND JURY CHARGES THAT**:

## BACKGROUND INFORMATION

1. Title 36 of the United States Code sets forth the statutory basis for the federal incorporation and chartering of private and quasi-governmental nonprofit organizations. All Title 36 charters are public laws enacted in accordance with the normal legislative process. The powers granted federal corporations are similar to those granted state corporations.

2. Pursuant to 36 U.S.C. § 10101, all federally chartered private corporations are required to file annual audit reports with Congress detailing their current year income, expenses, assets and liabilities.

3. On July 23, 1947, Congress granted the *American Veterans of World War II, (and later Korea, and Vietnam)* (hereinafter referred to as AMVETS) a federal charter as a nonprofit, patriotic and charitable corporate organization pursuant to Article I, Section 8 of the United States Constitution. (See 36 U.S.C. § 22701 et seq.).

4. Pursuant to 26 U.S.C. § 501(c)(19), AMVETS holds federal nonprofit tax-exempt status as a war veterans organization.

1

5. Pursuant to 36 U.S.C. § 22707(d), none of AMVETS' corporate income or assets may inure to the benefit of, or be distributed to any director, officer, or member of the corporation, except on dissolution or final liquidation of the corporation.

6. AMVETS Post #24 was formed in Dayton, Ohio in 1944. It is presently located at 1016 Leo Street, in Dayton, Ohio which lies within the geographic boundaries of the Southern District of Ohio.

7. During all times relevant to this indictment, AMVETS Post #24 maintained a series of PNC Bank accounts to include: its primary (general account) XXXX-0293; its instant bingo account XXXX- 7924; its scholarship account XXXX-8801; its raffle account XXXX-1005; and a miscellaneous account XXXX-0862.

8. Beginning on or about January 1, 2022 and continuing through May 14, 2024, defendant **DANNY DALE GORDON** served as the AMVETS Post #24 Commander.

9. As the AMVETS Post #24 Commander, defendant **DANNY DALE GORDON** personally managed and supervised the aforesaid Post #24 PNC Bank accounts. He additionally maintained exclusive control of PNC Bank debit cards bearing account numbers XXXX-3363 and XXXX-2006 during his tenure as Post Commander. These debit cards allowed the defendant to make withdrawals from AMVETS Post #24's primary account XXXX-0293.

10. During all times relevant to this indictment, PNC Bank was a federally insured depository institution pursuant to 18 U.S.C. § 20(1), and as such, all of its deposits were insured by the Federal Deposit Insurance Corporation.

## COUNTS 1-15
## [18 U.S.C. § 1343]
## (Wire Fraud)

11. Paragraphs 1 through 10 of this indictment are hereby realleged and incorporated by reference as if fully set forth herein.

12. Between on or about January 1, 2022 and continuing until on or about May 14, 2024, while in the Southern District of Ohio and elsewhere, defendant **DANNY DALE GORDON** devised and intended to devise a scheme and artifice to defraud AMVETS Post #24, to obtain money and property by means of materially false and fraudulent pretenses, representations and promises.

13. It was part of the scheme that the defendant **DANNY DALE GORDON** falsely and fraudulently transferred and caused to be transferred monies previously deposited in AMVETS Post #24's various PNC Bank accounts to include account numbers XXXX- 7924; XXXX-8801; XXXX-1005; and account XXXX-0862 into the organization's primary account XXXX-0293. He thereafter caused in excess of $622,000 to be illicitly withdrawn from the organization's primary account using said debit cards. These illicit withdrawals were completed through the use of automatic teller machines (ATMs); debit card point-of-sale purchases and cash withdrawals all of which were used for his personal use, benefit and enjoyment to include: patronizing miscellaneous gambling casinos, payment for out-of-town travel and hotel expenses, and patronizing a Dayton-area "gentlemen's club" all located within the Southern District of Ohio.

14. On or about each of the dates set forth below, while in Dayton, Ohio and other locations within the Southern District of Ohio, defendant **DANNY DALE GORDON** for the purpose of executing the scheme described above, and attempting to do so, caused the following listed

3

transactions to be transmitted in interstate commerce by means of wire communication in interstate commerce – namely between the Southern District of Ohio and PNC Bank's main computer server located in Pittsburgh, Pennsylvania, by means of wire communication certain signals and sounds described below for each count, each transmission constituting a separate criminal count.

| Count | Date | Amount | Type of Transaction | Address | City/State | Name of Location | Transaction Number | Transaction fee |
|---|---|---|---|---|---|---|---|---|
| 1 | 5/7/2024 | $505.99 | ATM Withdrawal | 4701 Wagner-Ford Rd | Dayton, Ohio | Hollywood Gaming | COHHG-DX05-1496823 | $3.00 |
| 2 | 4/22/2024 | $405.99 | ATM Withdrawal | 777 Hollywood Blvd. | Dayton, Ohio | Hollywood Gaming | CCPSU04715115299 | $3.00 |
| 3 | 3/5/2024 | $900.00 | POS Purchase | 777 Hollywood Blvd. | Dayton, Ohio | Hollywood Gaming | POSOHHGDF011432973 | N/A |
| 4 | 3/7/2024 | $203.00 | ATM Withdrawal | 1016 Leo St. | Dayton, Ohio | AMVETS Post #24 | CLK3774081431391 | $3.00 |
| 5 | 3/18/2024 | $203.00 | ATM Withdrawal | 2250 Patterson Ave. | Dayton, Ohio | AMVETS Post #2003 | CRT132985182425 | $3.00 |
| 6 | 1/25/2024 | $202.50 | ATM Withdrawal | 228 Obell Ct. | Dayton, Ohio | American Legion Post #675 | CP1425831330428 | $3.00 |
| 7 | 12/4/2023 | $202.00 | ATM Withdrawal | 2110 E. Central Ave. | Miamisburg, Ohio | Moose Lodge #1645 | UHW0002145372993 | $3.00 |
| 8 | 12/4/2023 | $202.50 | ATM Withdrawal | 11495 Lower Valley | Medway, Ohio | AMVETS Post #148 | UNH0879705372986 | $3.00 |
| 9 | 10/23/2023 | $203.95 | ATM Withdrawal | 6500 Doubletree Ave. | Columbus, Ohio | Crowne Plaza Hotel | CRT999675299559 | $3.00 |
| 10 | 9/25/2023 | $900.00 | POS Purchase | 777 Hollywood Blvd. | Dayton, Ohio | Hollywood Gaming | POSOHHGDF015017343 | N/A |
| 11 | 7/10/2023 | $505.99 | ATM Withdrawal | 6000 St. Rt. 6 | Lebanon, Ohio | Miami Valley Gaming | CP2278633058726 | $3.00 |
| 12 | 12/20/2022 | $440.00 | ATM Withdrawal | 8911 Kingsridge Rd. | Dayton, Ohio | LUST Gentlemen's Club | UNH1296781372609 | N/A |
| 13 | 12/20/2022 | $440.00 | ATM Withdrawal | 8911 Kingsridge Rd. | Dayton, Ohio | LUST Gentlemen's Club | UNH1296781372608 | N/A |
| 14 | 10/20/2022 | $400.00 | ATM Withdrawal | 182 Woodman Rd. | Dayton, Ohio | PNC Bank | CPX23402362472 | N/A |
| 15 | 10/26/2022 | $403.00 | ATM Withdrawal | 2195 Tenth St. | WPAFB, Ohio | Area B | C8070771190998 | N/A |

4

In violation of 18 U.S.C. § 1343.

A TRUE BILL

s/
_____
FOREMAN

KELLY A. NORRIS
Acting United States Attorney

*[signature]*
DWIGHT K. KELLER (0074533)
Assistant United States Attorney

5