**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:25-cr-41 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| DANNY DALE GORDON, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

### ORDER APPOINTING THE PUBLIC DEFENDER AS COUNSEL

---

This case is before the Court upon Defendant's request for appointment of counsel pursuant to 18 U.S.C. §3006A.  The Court concludes that Defendant is financially unable to obtain counsel.

**IT IS ACCORDINGLY ORDERED** that the Federal Public Defender for the Southern District of Ohio be assigned to represent the Defendant in this case.


May 22, 2025 _____                          *s/Peter B. Silvain, Jr.*_____
                                                        Peter B. Silvain, Jr.
                                                        United States Magistrate Judge