UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                       Case No. 3:25-cr-41

vs.

DANNY DALE GORDON,               District Judge Michael J. Newman

    Defendant.

---

**ORDER REQUIRING THE PARTIES TO FILE A JOINT PROPOSED SCHEDULING ORDER BY JUNE 13, 2025**

---

On May 23, 2025, the Court ordered the parties to file a joint proposed scheduling order within 14 days of Defendant's arraignment.  Doc. No. 12.  The parties have not filed their proposed scheduling order.  Accordingly, the Court **ORDERS** the parties to file their joint proposed scheduling order by **June 13, 2025.**

    **IT IS SO ORDERED.**

 June 11, 2025                                            s/*Michael J. Newman*
                                                                   Hon. Michael J. Newman
                                                                     United States District Judge