UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:25-cr-41

vs.

DANNY DALE GORDON,              District Judge Michael J. Newman

    Defendant.

_____

**SCHEDULING ORDER**
_____

        This criminal case is before the Court following Defendant's indictment on May 13, 2025 and initial appearance/arraignment on May 22, 2025. The parties have filed a joint proposed scheduling order in which they report that the present Speedy Trial Act deadline in this case is **August 1, 2025**.[1] Doc. No. 22. The Court sets the following schedule in this case:

| | |
|---|---|
| Discovery deadline: | **June 30, 2025** |
| Substantive motions deadline: | **July 14, 2025** |
| Status report deadline: | **July 21, 2025** |
| Jury trial: | **July 28, 2025** |

        The Court is amenable to extending these deadlines upon written motion by the parties subject to the requirements of the Speedy Trial Act.

    **IT IS SO ORDERED.**

June 13, 2025                                      s/*Michael J. Newman*
                                                              Hon. Michael J. Newman
                                                              United States District Judge

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.