UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 3:25-CR-041** |
| Plaintiff, | : | |
| | : | **Judge Michael J. Newman** |
| v. | : | |
| | : | |
| **DANNY DALE GORDON,** | : | |
| | : | |
| Defendant. | : | |

### JOINT MOTION FOR CHANGE OF PLEA HEARING

Plaintiff United States of America and Defendant Danny Dale Gordon, through counsel, jointly move this Court set a change of plea hearing in the above-captioned case.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

s/Nicholas G. Gounaris
NICHOLAS G. GOUNARIS, ESQ.
Attorney for Defendant
Gounaris Abboud, LPA
130 W. Second Street, Suite 2000
Dayton, Ohio 45402
937-222-1515
Email: nick@gafirm.com

s/Amy M. Smith
AMY M. SMITH (0081712)
Assistant U.S. Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Email: amy.smith2@usdoj.gov