U.S. Magistrate Judge Peter B. Silvain, Jr. (Courtroom Minutes)

| | |
|---|---|
| PLEA ON INDICTMENT | DATE: 10/2/25 |
| USA v. DANNY DALE GORDON | CASE NUMBER: 3:25-CR-41-MJN-1 |
| Pltf's Attorney:<br>Amy Smith | Deft's. Attorney:<br>Nicholas Gounaris |

[ ✓ ]  Defendant appeared with counsel, Nicholas Gounaris, and sworn.

[ ✓ ]  Parties consent to Magistrate Judge jurisdiction.

[ ✓ ]  Government summarized the Indictment at the request of the Court.

[ ✓ ]  Advisory sentencing guidelines and maximum penalties discussed and understood. 11(c)(1)(C)

[ ✓ ]  Constitutional rights explained, understood, and waived.

[ ✓ ]  Defendant waived the reading of the Plea Agreement; the Government summarized the charges, penalties, and Plea Agreement; Prior to convening, the Plea Agreement was initialed and signed by Defendant and Counsel.

[ ✓ ]  Statement of Facts read into record by Amy Smith.

[ ✓ ]  Defendant acknowledged accuracy of Statement of Facts.

[ ✓ ]  Defendant entered a plea of **GUILTY to Count 1** of the Indictment..

[ ✓ ]  Court will recommend that the Plea be accepted and Defendant be adjudged guilty.

[ ✓ ]  Defendant is referred to the Probation Department for a Pre-sentence Investigation.

[ ✓ ]  Sentencing set for 2/17/26 at 2:00 p.m. before Judge Newman in Courtroom #4.

[ ✓ ]  Bond continued.

[ ✓ ]  Other: The Court referenced the Restitution and Waiver of Appeal provisions of the Plea Agreement. PTS recommended that Location Monitoring be removed from his conditions of release. PTSO Josh Bohman made a statement into the record. The Court spoke directly to Defendant about his bond. Conditions of Bond will be amended.

| | |
|---|---|
| COURT REPORTER: Julie Hohenstein | CONVENED: 3:20 |
| DEPUTY CLERK: Rose Plummer | RECESSED: 3:51 |